473 A.2d 698

Falcone v. Falcone, Appellant.

Submitted January 18, 1984. Ronold J. Karasek, for appellant; George A. Hahalis, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.

473 A.2d 699

Evans v. Wright Township, Appellant.

Argued October 12, 1983. David W. Saba, for appellant; Joseph F. Saporito, for appellee.

Before SPAETH, President Judge, and POPOVICH and HOFFMAN, JJ.

Order affirmed.